UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
ANDREW GILBERT, :
:
                    Plaintiff, :    **ORDER WITHDRAWING CASE**
:     **FROM SECTION 1983 PLAN**
   -against- :     **AND DENYING STAY REQUEST**
:
THE CITY OF NEW YORK, et al., :    23 Civ. 421 (AKH)
:
                   Defendants. :
:
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      IT IS HEREBY ORDERED that although this case is, or may be, designated for inclusion in the Plan for Certain § 1983 Cases Against the City of New York ("the § 1983 plan"), the case shall not so participate. Any case tracking deadlines associated with the § 1983 plan are cancelled. I will preside over this case in normal fashion, under the Federal Rules of Civil Procedure, Local Rules of Court, and my Individual Rules of Practice.

      The City of New York's request for a stay of the case is denied as premature. Defendants' answers are due September 14, 2023. The parties shall appear remotely for an initial case management conference on Friday, November 17, 2023, at 10 a.m. Stays of depositions of the defendants under investigation, and generally, will be addressed at that time.

      The Clerk of the Court shall terminate ECF Nos. 14 and 17.

    SO ORDERED.

Dated:    August 24, 2023
             New York, New York

                                                     ALVIN K. HELLERSTEIN
                                                     United States District Judge