Case 1:23-cv-00421-AKH Document 30 Filed 11/09/23 Page 1 of 1

**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

Office: (718) 783-3682
Signal: (646) 263-3495
Fax: (646) 349-2914*

*Not for service

November 9, 2023

*So ordered
11-9-23
A.K. Hellerstein*

**BY ECF**
Hon. Alvin K. Hellerstein
Southern District of New York
United States Courthouse
Courtroom 14D
500 Pearl Street
New York, NY 10007

Re: <u>Gilbert v. City of New York, et al.</u> – 23-cv-00421 (AKH)

Your Honor:

I am co-counsel for Plaintiff Andrew Gilbert. On October 26, 2023, Defendants served an Offer of Judgment pursuant to Fed.R.Civ.P. 68 in this matter. On November 8, 2023, Plaintiff accepted.

I therefore write, with consent of all defense counsel, to ask that the Court cancel the initial pretrial conference scheduled for November 17, 2023, and any other remaining deadlines.

I also write with consent from all defense counsel to ask that the Court extend the time by which Plaintiff must file any application for attorney's fees, costs, and expenses until 60 days after the Court enters judgment. If the Court grants this application, the parties will use that time to exchange information, demands, and offers, and will attempt to settle Plaintiff's claim for attorney's fees, costs, and expenses without the need for intervention from the Court, if possible.

Thank you for the Court's attention to this matter.

Respectfully submitted,

Gideon Orion Oliver